**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JAMES HASKINS, JR., individually,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-18-814-D** |
| | ) | |
| **FARMERS INSURANCE COMPANY, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

**COMES NOW** the Defendant, Farmers Insurance Company, Inc. ("Farmers"), and pursuant to Fed. R. Civ. P. 26(c), respectfully requests that this Court enter a Protective Order.

Defendant would show the Court:

1. Defendant anticipates that discovery in this case will involve the exchange of non-public information of Defendant, as well as confidential business information. Therefore, to provide adequate protection for material deemed confidential, Defendant through counsel hereby moves the Court to enter the attached, proposed Protective Order.

2. Pursuant to LCvR 5.5, Counsel for Defendant has conferred with Plaintiff's counsel and they do agree to this Protective Order. The proposed Order will be submitted in accordance with ECF Policies & Procedures Manual, § II.G. for purposes of the Court's review.

3. Defendant believes that the terms of the proposed Protective Order fairly and reasonably restrict the use of confidential material received during discovery, as well as protect their confidential nature, without impeding the discovery process itself. Counsel also believes that the proposed Protective Order strikes a reasonable balance between the need for confidentiality and the interest of public disclosure.

**WHEREFORE**, Defendant respectfully requests the Court grant it's Motion for Protective Order and approve the submitted Protective Order.

Respectfully submitted,

s/ F. Thomas Cordell

F. Thomas Cordell, OBA #1912
Amanda Mullins, OBA #30186
FRAILEY CHAFFIN CORDELL PERRYMAN & STERKEL LLP
**Attorneys for Defendant**
201 North 4th Street; P.O. Box 533
Chickasha, OK 73023
T: (405) 224-0237
F: (405) 222-2319
tcordell@fccpsm.com
amullins@fccpsm.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on the 11th day of December, 2018, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/ F. Thomas Cordell

F. Thomas Cordell